ROBERT FRANCIS HANSON et al. v.
GOVERNOR OF MARYLAND et al.

[No. 110, September Term, 1982.]

*Decided October 29, 1982.*

The cause was submitted to MURPHY, C. J., and SMITH, ELDRIDGE, COLE, DAVIDSON, RODOWSKY and COUCH, JJ.

PER CURIAM:

The petition for writ of certiorari having been granted, the judgment of the Court of Special Appeals affirming the judgment of the Superior Court of Baltimore City in *Hanson v. Hughes,* 52 Md. App. 246, 447 A.2d 892 (1982) is affirmed for the reasons set forth in the opinion of Judge Wilner.

> *Judgment of the Court of Special Appeals affirmed.*
> *Costs to be paid by the petitioner.*